AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.
DEC 04 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
| NOE AMBROCIO-PEREZ, | ) Case No. 18-8501-WM |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 1, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE D/O
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 4, 2018

_____
*Judge's signature*

City and state: West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over fifteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Noe AMBROCIO-PEREZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 1, 2018, Noe AMBROCIO-PEREZ was arrested in Palm Beach County, Florida on charges of driving under the influence-accompanied by person under 18 YOA, operating vehicle with license suspended/revoked second offense, and crash-leaving scene with injury other than serious bodily. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Noe AMBROCIO-PEREZ.

4. On or about December 3, 2018, Deportation Officer Cynthia Alcocer took a sworn statement from Noe AMBROCIO-PEREZ. Post-Miranda, Noe AMBROCIO-PEREZ admitted to being citizen of Guatemala. He further admitted to last entering into the United States illegally about February 2017, after being previously removed from the United States in 2015. Noe AMBROCIO-PEREZ further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. A review of the immigration alien file shows that Noe AMBROCIO-PEREZ is a native and citizen of Guatemala. Records further show that on or about July 23, 2014, Noe AMBROCIO-PEREZ was ordered removed. The Order of Removal was executed on or about September 30, 2015, whereby Noe AMBROCIO-PEREZ was removed from the United States and returned to Guatemala.

6. I scanned Noe AMBROCIO-PEREZ's fingerprints taken in connection with his December 1, 2018 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, that is Noe AMBROCIO-PEREZ.

7. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Noe AMBROCIO-PEREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Noe AMBROCIO-PEREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 1, 2018, Noe AMBROCIO-PEREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 4th day of December 2018.

WILLIAM MATHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   18-8501-WM

UNITED STATES OF AMERICA

vs.

NOE AMBROCIO-PEREZ,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   _____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   _____ Yes   _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0188591
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida   33401
TEL (561) 820-8711
FAX (561) 820-8777
Aurora.Fagan@usdoj.gov